IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| PAUL C. WARD | § | |
| VS. | § | CIVIL ACTION NO. 2:09cv305 |
| HARRISON COUNTY JAIL and SERGEANT FNU SLADE | § | |

O R D E R

Plaintiff Paul C. Ward, formerly confined in the Harrison County Jail, and proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge Charles Everingham IV, who issued a Report and Recommendation recommending that the claims against Defendant Harrison County Jail be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff filed a two-sentence objection which first says that he is still in search of representation on his behalf, and second, asks for additional time. He has not addressed the basis for the Magistrate Judge's recommendation, nor would representation by counsel in Plaintiff's case change the fact that Plaintiff states no claim against the Harrison County Jail.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and that the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that pursuant to Federal Rule of Civil Procedure 12(b)(6), the claims against Defendant Harrison County Jail are **DISMISSED** with prejudice.

SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE